```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA      )
                              )    Criminal No. 15cr10051
                              )
        v.                    )    VIOLATIONS:
                              )
  GREGORY WRIGHT              )    18 U.S.C. § 922(g)(1)--
                              )    Felon in Possession of
                              )    Firearm and Ammunition
                              )
                              )    18 U.S.C. § 924(d) and
                              )    28 U.S.C. § 2461(c)--
                              )    Criminal Forfeiture
                              )    Allegation
```

COUNT ONE:     (18 U.S.C. §922(g)(1) -- Felon in Possession of a Firearm and Ammunition)

The Grand Jury charges that:

On or about December 29, 2014, at Boston in the District of Massachusetts,

**GREGORY WRIGHT,**

the defendant herein, having previously been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting commerce a firearm and ammunition, to wit: a Hi-Point Model JHP .45 caliber semi-automatic firearm bearing serial number X406776 that contained 3 rounds of .45 caliber ammunition.

All in violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION:

### (18 U.S.C. §924(d) and 28 U.S.C. §2461(c))

The Grand Jury further charges that:

1. Upon conviction of the offense alleged in Count 1 of this Indictment,

**GREGORY WRIGHT,**

defendant herein, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offense, including but not limited to the following:

    (a) a Hi-Point Model JHP .45 caliber semi-automatic firearm bearing serial number X406776 and 3 rounds of .45 caliber ammunition

2. If any of the property described in paragraph 1, above, as a result of any act or omission of the defendant -

    (a)  cannot be located upon the exercise of due diligence;

    (b)  has been transferred or sold to, or deposited with, a third party;

    (c)  has been placed beyond the jurisdiction of the Court;

    (d)  has been substantially diminished in value; or

    (e)  has been commingled with other property which cannot be subdivided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated in Title 28, United

States Code, Section 2461(c), to seek forfeiture of any other property of the defendant up to the value of the property described in paragraph 1.

All in violation of Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c).

A TRUE BILL,

[signature]
FOREPERSON OF THE GRAND JURY

[signature]
JOHN A. WORTMANN, JR.
ASSISTANT UNITED STATES ATTORNEY

DISTRICT OF MASSACHUSETTS                     March 17, 2015

Returned into the District Court by the Grand Jurors and filed.

[signature] Belpedio
DEPUTY CLERK

12:28