UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No. 15-10051-DJC

UNITED STATES OF AMERICA

v.

GREGORY WRIGHT

**ORDER**

January 23, 2025

Boal, M.J.

Defendant Gregory Wright is charged in a petition with violations of his supervised release conditions. This Court held a detention hearing on January 16, 2025. The parties proceeded by proffer; the government introduced three exhibits into evidence and defense counsel introduced one exhibit into evidence.

Pursuant to Rule 32.1(a)(6) of the Federal Rules of Criminal Procedure, the Court may release or detain a person alleged to have violated a condition of supervised release pending further proceedings. Fed. R. Crim. P. 32.1(a)(6). The defendant has the burden of establishing by clear and convincing evidence that he will not flee or pose a danger to any other person or to the community. Id.

Wright commenced his term of supervised release on March 10, 2017. On May 10, 2017, the U.S. Probation Office filed a petition alleging that Wright had violated his conditions of release by, among other things, being terminated from the Coolidge House, violating his curfew, and associating with known convicted felons. Docket No. 54. On June 2, 2017, the U.S. Probation Office amended the petition alleging new criminal conduct arising from a fatal shooting on May 27, 2027. Docket No. 58.

On July 28, 2017, Wright appeared before the undersigned for an initial appearance and was released on his previously imposed conditions of release as well as the additional condition that when released from state custody, he would report to U.S. Probation immediately. Docket No. 64.

On June 5, 2023, Wright pled guilty in state court to accessory after the fact and was sentenced to 6 to 7 years in state prison with 2,160 days credit. On March 4, 2024, he was released from state custody and re-commenced his current term of supervised release. On May 14, 2024, the U.S. Probation Department requested that the outstanding petition be withdrawn without prejudice. Docket No. 77. The U.S. Probation Officer noted that since Wright's release and re-commencement on supervision, he had been in full compliance with his conditions of release; that he was in stable housing and seemed motivated to do well. Id. at 1. He was also enrolled in educational and training programs. Id. Since then, Wright enrolled in Tufts University's Education and Reentry Network Program, which provides continuing education, technology support, employment support and academic advising toward degree completion at a community college after the Tufts program completes.

On October 15, 2024, the U.S. Probation Office filed the instant petition based on new alleged criminal conduct. Docket No. 81. Specifically, on October 12, 2024, Boston Police officers arrested Wright after a motor vehicle stop resulted in the recovery of a firearm from a vehicle that Wright was operating. He was charged with Firearm, Carry Without License, Ammunition Without FID Card, Possess, and Firearm, Carry Without A License Loaded. He was also cited with speeding. Defense counsel argued that the stop was unlawful and reported that he had filed a motion to suppress in state court.

I find that Wright has not met his burden of proof. While he has taken some steps toward rehabilitation, the foregoing history shows a pattern of violations during the short periods of time that he has been on supervised release. The instant alleged violation is particularly concerning given that it involves the possession of a firearm. Accordingly, I find that Wright has failed to show by clear and convincing evidence that he will not pose a danger to the community.

Accordingly, it is ORDERED that Wright be DETAINED pending completion of the final hearing on the revocation of supervised release pursuant to Federal Rule of Criminal Procedure 32.1(b)(2), and is further ORDERED that:

(1) Gregory Wright be committed to the custody of the Attorney General for confinement in a corrections facility;

(2) Gregory Wright be afforded reasonable opportunity for private consultation with counsel; and

(3) on order of a court of the United States or on request by an attorney for the government, the person in charge of the corrections facility in which Gregory Wright is detained and confined deliver him to an authorized Deputy United States Marshal for the purpose of any appearance in connection with a court proceeding.

The defendant may seek review of this order by filing a motion for revocation or amendment pursuant to 18 U.S.C. § 3145(b).

        /s/ Jennifer C. Boal
        JENNIFER C. BOAL
        United States Magistrate Judge